

**MEMORANDUM OPINION**

No. 04-09-00361-CV

**IN RE THOMAS ENERGY SERVICES, INC., D/B/A THOMAS TOOLS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:   June 24, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On June 17, 2009, relator filed a petition for writ of mandamus and a motion for temporary relief for emergency stay of order compelling discovery. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 6440, styled *Leonardo G. Flores, Jr. v. Thomas Energy Services, Inc. D/B/A Thomas Tools and Blas Castillo, Jr.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.